UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GEORGE BARISICH, individually and on behalf of THE UNITED COMMERCIAL FISHERMAN'S ASSOCIATION, INC.<br><br>Plaintiff<br><br>Versus<br><br>BP, P.L.C., BP EXPLORATION & PRODUCTION INC., and BP AMERICA PRODUCTION COMPANY<br><br>Defendants | Magistrate: 2<br><br>Civil Action Number: 10-1316<br><br>Section: "N"<br><br>Jury Demand |

## CONSENT JUDGMENT

Plaintiff George Barisich, individually and on behalf of the United Commercial Fisherman's Association, Inc. as President thereof, filed an Emergency Motion for Temporary Restraining Order ("Motion for TRO").

1. Plaintiff, together with Defendants BP Exploration & Production, Inc., and BP America Production Company (collectively "BP"), as well as Troy Wetzel, Extreme Fishing, LLC and the class of similarly situated individuals and entities Mr. Wetzel and Extreme Fishing, LLC seek to represent in matter No.10-01222 pending in this Court who intervened in Plaintiff's Motion for TRO (the "Wetzel Plaintiffs"), through their respective undersigned counsel, hereby consent to the following Consent Judgment ("Judgment") by amending the terms of the Master Vessel Charter Agreement that is the subject of the Motion for TRO (the "Agreement" or "CHARTER") as follows:

    a. Article 13(I)(1) will be deleted in its entirety.

1

    b.    Article 13(F) will be deleted in its entirety (but not deleting Article 13(G), which typographically is mistakenly a part of Article 13(F)).

    c.    Paragraph 5 of the Agreement Regarding Proprietary and Confidential Information attached as Exhibit C to the Agreement will be deleted in its entirety.

    d.    Article 22 will be deleted in its entirety.

    e.    Article 13(A) of the Agreement will be deleted except as follows: "VESSEL OWNER confirms that it will maintain in place any insurance policies it is carrying as of the date immediately prior to entering into this CHARTER or that it routinely carries for its usual operations."

2.    The foregoing provisions deleted from the Agreement are agreed to be null and void, and BP agrees to abide by the foregoing changes to the Agreement with respect to any person or entity, including, but not limited to, the Plaintiff herein, all members of the United Commercial Fisherman's Association, Inc. (the "Association"), the Wetzel Plaintiffs, and other fishermen, shrimpers or oystermen, who voluntarily participate in the clean-up and mitigation operation following the April 20, 2010 DEEPWATER HORIZON explosion (collectively defined herein as "VOLUNTEERS"), whether those VOLUNTEERS agreed to those provisions pursuant to a document identical to or substantially similar to the Agreement or some other document containing those provisions, regardless of the state in which the document is entered or executed and regardless of the domicile or residence of the VOLUNTEER. However, this Judgment does not apply to commercial enterprises that own or operate multiple vessels, which enterprises were in the business of oilfield support or oilfield clean up or mitigation before April 20, 2010. Further, this Judgment does not apply to vessels contracted for purposes other than mitigation or clean up of oil

from the DEEPWATER HORIZON explosion in the Gulf of Mexico, nor does it apply to any contracts entered into before April 20, 2010.

3. With respect to the clean-up efforts following the explosion of the DEEPWATER HORIZON, BP stipulates that it will not request or require that any VOLUNTEERS sign any agreement, charter or other document containing the foregoing deleted or modified provisions, except as allowed by Paragraph 2 above.

4. With regard to all VOLUNTEERS that agreed to the deleted or modified foregoing provisions before the date of this Judgment, whether that person or entity agreed to those provisions pursuant to a document identical to or substantially similar to the Agreement or some other document containing those provisions, BP shall undertake to inform those persons and entities that the foregoing provisions have been deleted or modified and declared null and void.

5. Plaintiff, individually and on behalf of the Association as President thereof, and the Wetzel Plaintiffs reserve all rights under applicable law to challenge on any basis available under that law the remaining provisions contained in the Agreement or any other document BP presents for signature to Plaintiff, the Wetzel Plaintiffs, and/or other VOLUNTEER seeking to assist in the clean-up efforts ongoing as a consequence of the April 20, 2010 explosion on the DEEPWATER HORIZON. However, it is specifically agreed by Plaintiff and the Wetzel Plaintiffs that nothing contained herein or as a result of this Judgment shall be construed as a judicial admission to or stipulation of Plaintiff's or the Wetzel Plaintiffs' ability to represent a class of persons or entities in a legal representative capacity.

6. It is specifically agreed that nothing contained either herein or in the Agreement or any identical or substantially similar document shall be construed as an agreement to terms inconsistent with any insurance coverage held by Plaintiff, the Wetzel Plaintiffs, or any of the other VOLUNTEERS.

7. The Court retains jurisdiction of this matter in the event that further proceedings hereunder become necessary.

8. BP further agrees to assume all reasonable costs, expenses and legal fees incurred by Plaintiff, individually and on behalf of the Association, and the Wetzel Plaintiffs in this action up to the date that this Consent Judgment is entered..

9. By entering into this Consent Judgment, BP is not making an appearance in this, or any other action, and expressly reserves all rights and defenses to same.

New Orleans, Louisiana, this _____ day of May, 2010.

_____
UNITED STATES DISTRICT COURT JUDGE

*Signatures of counsel appear on next page*

Respectfully submitted by:

*Counsel for Plaintiff, George Barisich, individually and on behalf of the United Commercial Fisherman's Association, Inc. as President thereof*

_____
JAMES M. GARNER (# 19589)
TIMOTHY B. FRANCIS (# 14973)
JOSHUA S. FORCE (# 21975)
SHARONDA R. WILLIAMS (# 28809)
EMMA ELIZABETH ANTIN DASCHBACH (#27358)
Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
909 Poydras Street, 28th Floor
New Orleans, Louisiana 70112-1033
Telephone:   (504) 299-2100
Facsimile:   (504) 299-2300


GLADSTONE N. JONES, III (# 22221)
EBERHARD D. GARRISON (# 22058)
KEVIN E. HUDDELL (# 26930)
H.S. BARTLETT III (# 26795)
JACQUELINE A. STUMP (# 31981)
Jones, Swanson, Huddell & Garrison, L.L.C.
Pan-American Life Center
601 Poydras Street, Suite 2655
New Orleans, LA 70130
Telephone:   (504) 523-2500
Facsimile:   (504) 523-2508


STUART H. SMITH # 17805
MICHAEL G. STAG
Smith Stag, L.L.C.
365 Canal Street, Suite 2850
New Orleans, LA 70130
Telephone:   (504) 593-9600
Facsimile:   (504) 593-9601

VAL PATRICK EXNICIOS, ESQ.
Liska, Exnicios & Nungesser
One Canal Place 22nd Floor
365 Canal Street, Ste. 2290
New Orleans, LA 70130
Telephone: (504) 410-9611
Facsimile: (504) 410-9937

*Counsel for Troy Wetzel, Extreme Fishing, LLC and the class of similarly situated individuals and entities Mr. Wetzel and Extreme Fishing, LLC seek to represent in matter No.10-01222 pending in this Court*

_____
JONATHAN B. ANDRY
The Andry Law Firm, LLC
610 Baronne Street
New Orleans, LA 70113
Telephone: (504) 586-8899
Facsimile: (504) 586-8933


BOB F. WRIGHT
JAMES P. ROY
Domengeaux, Wright Roy & Edwards
556 Jefferson Street, Suite 500
P.O. Box 3668
Lafayette, LA 70502-3668
Telephone: (337) 233-3033
Facsimile: (337) 233-2796

PIERCE O'DONNELL
ROBERT PARTAIN
O'Donnell & Associates PC
800 Wilshire Boulevard, Suite 500
Los Angeles, CA 90017
Telephone: (213) 347-0290
Facsimile: (213) 347-0298


CALVIN C. FAYARD, JR.
Fayard & Honeycutt
519 Florida Avenue, S.W.
Denham Springs, LA 70726

6

Telephone: (225) 664-4193
Facsimile: (225) 664-6925

**WILLIAM S. STRAIN**
William Strain & Associates
422 East Woodstone Court
Baton Rouge, LA 70808
Telephone: (225) 939-0163
Facsimile: (225) 767-8150

*Counsel for Defendants, B.P Exploration & Production, Inc. and BP America Production Company*

ANTONIO J. RODRIGUEZ (#11375)
ALANSON T. CHENAULT, IV (#20747)
MAT M. GRAY, III (#6264)
NORMAN C. SULLIVAN, JR. (#12754)
H. JAKE RODRIGUEZ (#27867)
Fowler Rodriguez Valdes-Fauli
400 Poydras St., 30th Floor
New Orleans, LA 70130
Telephone: (504) 523-2600
Facsimile: (504) 523-2705

7